J. Blake Mayes (No. 024159)
**MAYESTELLES PLLC**
3770 North Seventh Street, Suite 100
Phoenix, Arizona 85014-5022
Telephone: 602.714.7900
courts@mayestelles.com
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jorge Moscoso,<br><br>Debtor. | In Proceedings Under Chapter 7<br><br>Case No.: 2:14-bk-12553-MCW<br><br>**OBJECTION TO TRUSTEE'S NOTICE OF AUCTION SALE** |

Debtor, by and through undersigned counsel, hereby object to the Trustee's Notice of Sale filed on November 15, 2014 for the following reasons:

1.      The debtor filed for relief under the Chapter 7 Bankruptcy Code on June 27, 2014.

2.      The debtor listed his vehicle, a 2006 Toyota Tacoma on Schedule B of his Bankruptcy Petition with an estimated fair market value of $7,500.00. An exemption amount of $6,000.00 was claimed in regard to the vehicle pursuant to A.R.S. § 33-1125(8).

3.      On September 29, 2014, a professional appraisal of the vehicle was conducted resulting in an appraised value of $6,001.00 (Vehicle Appraisal Exhibit A).  A copy was provided to the trustee and counsel.

4.      On October 13, 2014, trustee's counsel informed undersigned counsel that the trustee's auctioneer believed debtor's truck could be sold for $9,000.00, and that if debtor wished to keep his vehicle, debtor would have to make offer they could submit to the trustee's monthly sale.

5.     Despite request, trustee's counsel failed and refused to provide any documentation supporting the valuation of the truck or contradicting the professional appraisal obtained by Debtor.

6.     An amendment to Schedule B was filed on November 26, 2014 reflecting the value of the vehicle as that of the professional appraisal, $6,001.00.

WHEREFORE, Debtor objects to the Notice of Auction Sale as the value of the vehicle only exceeds the $6,000.00 exemption amount by $1.00 and the result of a sale at auction would not net any proceeds for the Estate as a result.

DATED this 26th day of November, 2014.

MAYESTELLES PLLC


By: /s/ J. Blake Mayes
    J. Blake Mayes
    Attorney for Debtor

ORIGINAL E-FILED this
26th day of November 2014, with:

Clerk of the Court
United States Bankruptcy Court
230 N. 1st Avenue, Suite 101
Phoenix, AZ 85003

Robert MacKenzie
2001 E. Campbell Ave., Ste. 200
Phoenix, AZ 85016

Terry Dake, LTD
11811 N. Tatum Blvd., Ste. 3031
Phoenix, AZ 85028


COPY E-MAILED this
26th day of November 2014, to:

Jorge Moscoso
3101 N. Seneca Ct.
Chandler, AZ 85224



/s/ Martha Arreguin

MAYESTELLES PLLC
3770 NORTH SEVENTH STREET, SUITE 100
PHOENIX, ARIZONA 85014-5022

1

2

3

4

5

6

7

8

9

**EXHIBIT A**

10

11

12

MAYESTELLES PLLC
3770 NORTH SEVENTH STREET, SUITE 100
PHOENIX, ARIZONA 85014-5022

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**K. C. APPRAISAL SERVICE**
**P. O. BOX 42582**
**PHOENIX, ARIZONA 85080-2582**
623-780-0189

*CERTIFIED VEHICLE INSPECTION AND EVALUATION*

**DATE:**    September 29, 2014

**OWNER**    :    Jorge Moscoso
**VEHICLE**   :    2006 Toyota Tacoma PreRunner SR5 Double Cab V6 Auto 2WD
**SERIAL #**   :    5 T E K I 6 2 N X 6 Z 2 7 5 4 3 6
**LICENSE #**  :    802-BCL
**MILEAGE**   :    109046 indicated

**INSPECTION DATE:**  September 25, 2014 -- Thursday

The vehicle was inspected at the residence of the owner located at
3101 N. Senica Court / Chandler, Arizona / 85224-1383

**RESALE VALUE FOR CONDITON:**

The projected resale value for the condition of this vehicle is $6001.00
at this time.

**INSPECTION:**

The inspection revealed the following equipment:
--- Engine -- 4.0L / V-6 / DOHC / 24V
--- Transmission --\5 speed automatic with overdrive
--- Air Conditioning
--- Power Steering
--- Power Brakes
--- Power Windows
--- Power Door Locks
--- Cruise Control
--- Tilt Wheel
--- Stereo / CD
--- Wheels -- Factory Cast
--- Bed cover is after-market purchase / install

## CONDITION:

Inspection of the vehicle revealed the following condition:
- Body – Average
- Paint – Average
- Mechanical – Average
- Interior – Average
- Tires – 20% on rear / 90% on front remaining
- Glass – Tinted & Windshield is chipped
- Chrome – Average

## COMMENTS:
Deductions explained:
- Windshield is chipped
- Seats are worn through
- Damage to front bumper
- Damage to right side rear
- A/C does not work
- Vehicle has been involved in 2 accidents – Both to the front-end
  1. First accident to Front End – Repaired - $2000+ damage
  2. Second accident to front End – Estimate of $2108 to repair, attached
- Estimate for needed mechanical repairs of $758.73, attached
- 40% reduction <$3,962.00> in average dealer value is needed  to bring this vehicle up to dealer retail standards.

We have used the current market sales advertising to assist in establishing a value for this vehicle (as attached):

*AutoTrader.com: September 26, 2014*
$10,930 – Adjust for Mi – listed by 866-661-8656 – Stk # 9736
$10,034 – Adjust for Mi – listed by 855-789-3949 – Stk # 1093
$ 8,758 – Adjust for Mi – listed by 800-994-2508 – Stk # T00149

## DOCUMENTATION SUBMITTED WITH THIS REPORT:
- VIN # explained
- Kelley Blue Book – Value for Condition – 1 page
- Kelley Blue Book – Trade in value – 1 page
- Kelley Blue Book – Sell to private party Value – 1 page
- 3 dealer advertisements – 3 pages
- Tires & Mechanical Estimate – Firestone – 1 page
- Damage Repair Estimate – Earnhardt – 5 pages

**EVALUATION EXPLANATION:**

The advertisements used to determine a value for this vehicle are all from dealers within a requested 300 mile radius of central Phoenix 85015.

- Dealer pricing was utilized. Vehicles for sale on a dealer lot must meet a certain standard for quality and reliability (as demonstrated by a purchase warrantee) which is not available through a purchase with a private party.
- The evaluated vehicle currently has an odometer indicated mileage of 109,046.
- The figure to the right of the dealer advertised mileage on the advertisement indicates the Kelley Blue Book wholesale value for the advertised mileage indicated on the dealer listed vehicle.
- The Dealer listed vehicle is of excellent quality as it is displayed on their lot with a sales price. The condition and mileage of the evaluated vehicle is considered to be in average (or less) condition. The difference between the Dealer's excellent vehicle and the evaluated vehicle in average condition (including mileage differences) is adjusted to insure a fair pricing adjustment for equalizing differences in the evaluated units.
- The advertised sales price is then reduced by the equalizing figure to produce an adjusted figure indicating what the evaluated vehicle would potentially sell for.

**RESALE VALUE:**

Based on the above information, market research, and current vehicle condition, we appraise the value of this vehicle at $6001.00.

Sincerely,

Kenneth D. Shugg
Appraiser

# K/C Appraisal Services

☐ OBVIOUS  
☐ CONSTRUCTIVE

TOTAL LOSS APPRAISAL  
OUR FILE _275-436_  
YOUR FILE #  
POLICY #

APPRAISED FOR _Mr. J. Moscoso_   ADJUSTER

ASSURED

CLAIMANT

| YEAR | MAKE | BODY STYLE | MODEL | MILEAGE | *LICENSE | DATE |
|------|------|-----------|-------|---------|----------|------|
| 06 | Toyota | Tacoma Pre Runner | | 109046 | 802BCL | 9-22-14 |

APPRAISER _Ken Shugg_   (VIN) _5TEJU62NX6Z275436_

## Equipment

**Radio**
- ☐ AM   CD
- ☐ AM/FM
- ☐ AM/FM Stereo
- ☐ Tape (in dash)
- ☐ CB (in dash)
- ☐ Other

**Power**
- ☑ Steering
- ☑ Brakes
- ☑ Windows
- ☐ Seats
- ☑ Door Locks
- Engine 4 /6/ 8

**Transmission**
- ☑ Automatic
- ☐ 3 speed (manual)
- ☐ 4 speed (manual)
- ☐ 5 speed (manual)

**Roof**
- ☐ Sun roof (manual)
- ☐ Sun roof (power)
- ☐ Sun roof (glass)
- ☐ Sun roof (steel)
- ☐ T-Top
- ☐ Moon roof

**Other options**
- ☑ Tinted glass
- ☑ Radial tires
- ☑ Custom wheels
- ☑ Tilt steering wheel
- ☐ Diesel engine
- ☑ Factory AC
- ☑ Cruise control
- ☐ Rear window defroster
- ☐ Burglar alarm
- ☐ Roof rack
- ☐ Vinyl roof

## CONDITION of this vehicle at the time of this inspection:

| | Very Good | Good | Average | Poor | Very Poor |
|------|-----------|------|---------|------|-----------|
| Body: | ☐ | ☐ | ☑ Fair | ☐ | ☐ |
| Paint: | ☐ | ☐ | ☑ | ☐ | ☐ |
| Mechanical: | ☐ | ☐ | ☑ | ☐ | ☐ |
| Inside Trim: | ☐ | ☐ | ☑ | ☐ | ☐ |
| General Appearance: | ☐ | ☐ | ☑ | ☐ | ☐ |

Tread remaining: L.F. _90_ %   R.F. _90_ %   L.R. _20_ %   R.R. _20_ %

TYPE OF LOSS:   Collision   Upset   Fire   Flood   Vandalism   Theft

LOCATION AT TIME OF INSPECTION:   STORAGE PER DAY $

### RECONDITION COST. PRIOR TO COLLISION

| | |
|------|------|
| GRILLE & CHROME | |
| METAL | |
| PAINT | |
| TIRES | |
| INTERIOR | |
| GLASS | |
| MECHANICAL | |

Detail Total

### Guide book summary
Publication date   Kelly   Trade-In   Private

| | $ | $ |
|------|---|---|
| Base vehicle | $ | $ |
| AC | $ | $ |
| Other options (list) | $ | $ |
| | $ | $ |
| Mileage + or - | $ | $ |
| Old damage | $ | $ |
| Reconditioning (deduct) | $ | $ |
| Net book value | $ | $ |
| Net average book value (if more than one used) | 9634 | $ 12889 |

Adv. Towing $   Salvage Value $

| Retailer | Model | Equipment | | Cash Price |
|----------|-------|-----------|---|-----------|
| Trade-in Dealer #9736 | | 866 661 8656 | 25Kmi | 10,930 - adjusted |
| " " " #1093 | | 855 289 3949 | 61Kmi | 10,034 - 4 |
| " " " #T00149 | | 800 994 2008 | 50Kmi | 8358 - 11 |

Comments _W/S Chip'd - Dent Worn Through - Damage to Ft Bush_
_+Rt Side Rear. N/C but work. Involved in 2 accidents_
_1 Repaired, Front End. 2nd Front End. Estmt 2108 to_
_Repair - Also Estimate for needed repair of 758 -?_
_40% Reduction on average value to bring this_
_unit to dealer quality Re-Sale_

| | |
|------|------|
| Average Value | 9907 |
| | 3962 |
| Tax | Total |
| Title | |
| Deduction | |
| Net ACV | 6007 |



LOGIN    REGISTER

Google Search

Home    Articles    Decoder    Patterns    Archives    Vehicle History    Services    Subscribe

Enter Your VIN Here    DECODE!

VEHICLE HISTORY & TITLE REPORTS

Tweet 0

    
FIND      CHECK      FINANCE      INSURE      SELL

## 2006 Toyota Tacoma PreRunner Double Cab V6 Auto 2WD

**General** | **Equipment** | **Colors** | **Recalls**

| | | | |
|---|---|---|---|
| VIN | 5TEJU62NX6Z275436 | Vehicle Accidents/Service | Get Vehicle History Report NOW |
| Year | 2006 | Engine Type | 4.0L V6 DOHC 24V |
| Make | Toyota | Driveline | RWD |
| Model | Tacoma | Ground Clearance | 9.50 in. |
| Trim Level | PreRunner Double Cab V6 Auto 2WD | Front Brake Type | Disc |
| Manufactured In | UNITED STATES | Rear Brake Type | Drum |
| Body Style | CREW CAB PICKUP 4-DR | Anti-Brake System | 4-Wheel ABS |
| Transmission | 5-Speed Automatic Overdrive | Standard Seating | 5 |
| MPG Hwy | 22 miles/gallon | Optional Seating | No data |
| MPG City | 18 miles/gallon | Tires | 245/75R16 |
| Dealer Invoice | $20,157 USD | Wheelbase | 127.80 in. |
| MSRP | $22,240 USD | Curb Weight | 3810 lbs |

## Free VIN Check

vincheckpro.com/VIN-Check

1) Type VIN. Check 100% Free Today! 2) Get VIN Report - No Hit. No Fee



ALTHOUGH DECODETHIS.COM CHECKS REGULARLY WITH ITS DATA SOURCES TO CONFIRM THE ACCURACY AND COMPLETENESS OF THE DATA, IT MAKES NO GUARANTY OR WARRANTY, EITHER EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION ANY WARRANTY OR MERCHANTABILITY OR FITNESS FOR PARTICULAR PURPOSE, WITH RESPECT TO THE DATA PRESENTED IN THIS REPORT. USER ASSUMES ALL RISKS IN USING ANY DATA IN THIS WEB SITE FOR HIS OR HER OWN APPLICATIONS. ALL DATA IS SUBJECT TO CHANGE WITHOUT NOTICE.