SO ORDERED.

Dated: March 13, 2015



_____
**Madeleine C. Wanslee, Bankruptcy Judge**

ILENE J. LASHINSKY (#003073)
United States Trustee
District of Arizona

PATTY CHAN (#027115)
Trial Attorney
230 N. First Ave., Suite 204
Phoenix, Arizona 85003-1706
Phone: (602) 682-2633
FAX: (602) 514-7270

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JORGE I MOSCOSO,<br><br>Debtor. | In Proceedings under Chapter 7<br><br>Case No. 2:14-bk-12553-MCW<br><br>**ORDER EXTENDING TIME TO FILE A MOTION PURSUANT TO § 707(B)(3) AND TO FILE A COMPLAINT OBJECTING TO DISCHARGE**<br><br>(*Related to Docket Entries #54 and #55*) |

The Court having reviewed and considered the United States Trustee for the District of Arizona's (the "UST") "Second Motion to Extend Time to File a Motion Pursuant to § 707(b)(3) and Complaint Objecting to Discharge (the "Motion")," and good cause appearing,

IT IS HEREBY ORDERED:

1. Granting the UST's Motion, and

2. Setting the time for the filing of an objection to discharge is extended to and including **March 16, 2015**.

**DATED AND SIGNED ABOVE**